# LAW OFFICES OF JILL R. SHELLOW PLLC

---

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

September 19, 2024

**VIA ECF AND EMAIL**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007
OetkenNYSDChambers@nysd.uscourts.gov

      **RE:**    *United States v. Brayan Lloret and Jesus Zapata*, 22-cr-293 (JPO)

Dear Judge Oetken:

      I write on behalf of my client, Brayan Lloret, and Jesus Zapata, who is represented by Andrew Bernstein.  On June 17, 2024, Your Honor granted our request for additional time to file pretrial motions and ruled that our pretrial motions deadline is September 20, 2024.  *See* Dkt. #434.  We now write to request a second adjournment of the pre-trial motion specific to severance to a date ten (10) days after the next pre-trial conference. Our other motions will be filed tomorrow.

      At the September 18, 2024 pre-trial conference, we learned that there has been a change in Trial Groups, such that there is now a Trial Group #1 scheduled for trial in April 2025 and whose members were established at an earlier pre-trial conference; a Trial Group #1A whose members will be based  upon someone dropping out from Trial Group #1; and Trial Group 2, whose members will be determined at the next pre-trial conference.

      Your Honor scheduled a conference for December 5, 2024 ("December 5 Conference") for Trial Groups #1 and #1A.  At that conference, the Government will fix the membership of Trial Group #1.  All remaining Trial Group #1A defendants will revert to Trial Group #2 and by default the membership in Trial Group #2 would be fixed as well.  Insofar as the makeup of Trial Group #2 will not be known to Messrs. Lloret and Zapata until the December 5 Conference, we respectfully request that Your Honor permit us to refrain from filing our severance motion now and set December 15, 2024 as the deadline in the event we still seek to sever Messrs. Lloret and Zapata.

      In the event, the December 5 Conference is adjourned or otherwise re-scheduled, we ask that Your Honor permit that the defense's pre-trial motion for severance be due 10 days after that new conference date.

Admitted:  NY, CT, DC

**The Honorable J. Paul Oetken**
**United States District Judge**
September 19, 2024
Page 2

      I have conferred with the Government, and the Government has no objection to this request.

Granted.
So ordered.
9/20/2024

_____
J. PAUL OETKEN
United States District Judge

Respectfully submitted,

Jill R. Shellow
*Counsel for Brayan Lloret*

Andrew M. J. Bernstein
*Counsel for Jesus Zapata*

cc:    All Counsel (by ECF)