

101 Park Avenue, 17th Floor
New York, NY 10178
☎ 212.878.7900   🖶 212.692.0940
www.foxrothschild.com

ANDREW M. J. BERNSTEIN
Direct No: 212.450.9843
Email: abernstein@foxrothschild.com

Granted.
So ordered.
7/11/2025

_____

J. PAUL OETKEN
United States District Judge

July 10, 2025

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     **USA v. Nunez, et al.**
        **Case No. 22-cr-293 (JPO)**

Dear Judge Oetken:

I am the CJA-appointed counsel for defendant Jesus Zapata in the above-captioned matter. I write the Court to request an adjournment of the Pre-Sentence Interview ("PSI") deadline from July 14, 2025 to July 24, 2025. The original PSI was scheduled for July 11, 2025; however, due to an unanticipated urgent scheduling conflict defense counsel can no longer appear. Defense counsel has spoken with the assigned SDNY U.S. Probation Officer assigned to Mr. Zapata regarding this.

Additionally, the defense is requesting that the following disclosure deadlines be adjourned by two (2) weeks as follows:
- First Disclosure from 08/08/2025 to 08/22/2025
- Second Disclosure from 09/08/2025 to 09/22/2025

These deadlines will not affect Mr. Zapata's sentencing date, which is presently scheduled for October 20, 2025.

This is the first request for an adjournment of the PSI. The Government consents to this request for an adjournment.

Respectfully Submitted,

_____

Andrew M. J. Bernstein
*Partner*
Fox Rothschild LLP

*Attorney for defendant Jesus Zapata*

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington