# Law Offices of Jill R. Shellow PLLC

---

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

> Granted.
>   Sentencing for Jesus Zapata is adjourned to November 21, 2025, at 2:30 pm.  Defendant's sentencing submission is due November 7, 2025, and the government's is due November 14, 2025.
>   Sentencing for Brayan Llorett is adjourned to January 21, 2026, at 11:00 am.  Defendant's sentencing submission is due January 7, 2026, and the government's is due January 14, 2026.
>   So ordered:
>   8/25/2025
>
> _____
> J. PAUL OETKEN
> United States District Judge

**BY ECF ONLY**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE:     *United States v. Brayan Lloret and Jesus Zapata*, 22 CR 293 (JPO)

Dear Judge Oetken:

As the Court is aware, I am court appointed counsel for Brayan Lloret in the above-captioned matter. I have conferred with Andrew M. J. Bernstein, Esq., counsel for Jesus Zapata, and I write the Court on behalf of both our clients.

A sentencing related consideration has just arisen, and Mr. Bernstein and I are currently discussing this matter with the Government.  In order to provide us with time to address the issue, we request that all sentencing related deadlines, including the deadline for Mr. Zapata to submit objections to the first disclosure of the PSR, the Probation Department's internal and disclosure deadlines, and the sentencing dates, be adjourned by 30 days.  The Government consents to this request.

Thank you for your consideration.

Respectfully Submitted,

Jill R. Shellow
*Attorney for Defendant Brayan Lloret*

cc:     AUSA Kevin Mead, Esq. (by email)
        Andrew M.J Bernstein, Esq. (by email)
        Probation Officer Stephanie McMahon (by email)

Admitted:  NY, CT, DC