**Fox Rothschild**

101 Park Avenue, 17th Floor
New York, NY 10178
212.878.7900   212.692.0940
www.foxrothschild.com

ANDREW M. J. BERNSTEIN
Direct No: 212.450.9843
Email: abernstein@foxrothschild.com

So ordered.
10/16/2025

_J. PAUL OETKEN_
United States District Judge

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **USA v. Nunez, et al.**
      **Case No. 22-cr-293 (JPO)**

Dear Judge Oetken:

As the Court is aware, I am CJA-appointed counsel for the defendant Jesus Zapata in the above-captioned matter. I write the Court to correct an error contained in my last ECF filing. On September 25, 2025, I wrote the Court requesting "a 30-day adjournment of Mr. Zapata's sentencing hearing, all sentencing related deadlines, and the remaining Pre-Sentence Report ("PSR") disclosure deadlines," (*See* ECF Doc. # 702) ("September 25th Letter"). The 30-day adjournment was the intent of the parties. However, at a later point in the September 25th Letter, I erroneously noted the new deadlines for 1) Mr. Zapata's objections to the First Disclosure of the PSR and 2) the Second Disclosure of the PSR with dates that reflected only a 15-day adjournment. That was done in error. My apologies to the Court for the oversight.

The following day the Court granted my request and adjourned Mr. Zapata's Sentencing to December 19, 2025, his sentencing submission deadline to December 5, 2025, and the Government's sentencing submission deadline to December 12, 2025. (*See* ECF Dkt Entry Text on 09/26/25.) These dates are consistent with the intended 30-day request. The Court also order that the "schedule for the preparation for the PSR, including disclosure deadlines, is also adjourned accordingly."

Given the ambiguity caused by my error in the September 25th Letter, I write to the Court to request, with consent of Probation and the Government, that the Court order that the deadline for Mr. Zapata's objections to the First Disclosure of the PSR is October 29, 2025 and the deadline for the Second Disclosure of the PSR is November 25, 2025.[1]

Thank you.

Respectfully Submitted,

Andrew M. J. Bernstein, Esq.

---

[1] 30 days would be November 24, 2025, however, to accommodate all parties' schedules the requested should have noted November 25, 2025.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington